**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**ERLIN VALLADARES CRUZ** **PETITIONER**

**v.** **No. 3:26-cv-315-DPM**

**DAVID WEST, Sheriff, Cross County and**
**LUTHER HAGLER, Jail Administrator** **RESPONDENTS**

## ORDER

Motion, *Doc. 14*, granted. Documents, or notice that no documents exist, due by 24 November 2026.

So Ordered.

D.P. Marshall Jr.
United States District Judge

23 November 2026